■    In the Matter of WENDY MATLACH et al., Appellants, v SPRINGVILLE-GRIFFITH INSTITUTE CENTRAL SCHOOL DISTRICT, Respondent.—Order unanimously affirmed, without costs. (See *Matter of Kepp v Springville-Griffith Inst. Cent. School Dist.,* 55 AD2d 1033.) (Appeal from order of Erie Supreme Court—stay arbitration.) Present—Marsh, P. J., Cardamone, Simons, Dillon and Witmer, JJ.